

**\*189114\***

Law firm ref#: CYNERGY

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

**CYNERGY DATA LLC,**

    Plaintiff(s),

vs.

**BMO HARRIS BANK N.A.,**

    Defendant(s).

Case No.: 18 cv 1459

## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL/ENTITY TO BE SERVED: BMO Harris Bank, N.A., Attn: Legal Department**

I, Served the within named defendant on February 28, 2018 @ 4:15 PM

**CORPORATE SERVICE:** by leaving a copy of this process with **Diana Castillo**. (Title): **Receptionist**, a person authorized to accept service. I informed that person of the contents thereof.

**TYPE OF PROCESS: Summons in a Civil Case; Complaint; Standing Order Regarding Mandatory Initial Discovery Pilot Project; Mandatory Initial Discovery Pilot Project Checklist; Notice of Mandatory Initial Discovery**

**ADDRESS WHERE SERVED: 111 W. Monroe Street, Chicago, IL 60603**

The sex, race and approximate age of the INDIVIDUAL with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Hispanic** - Hair: **Black** - Approx. Age: **30-35** - Height: **Sitting** - Weight: **190-200**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of **IL**

County of **Cook**

This instrument was subscribed and sworn to before me on **3-1-18** (date)
By **Michael Mitchell** (name/s of person/s)

_____
Signature of Notary Public

**OFFICIAL SEAL**
**JEFFREY DANIEL**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/31/21

_____
Michael Mitchell, Process Server
Dated **3/1/18** ATG LegalServe Inc

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312.855.0303