**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Cynergy Data LLC

                        Plaintiff,

v.                                                      Case No.: 1:18–cv–01459
                                                             Honorable John Z. Lee

BMO Harris Bank N.A.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 14, 2018:

      MINUTE entry before the Honorable John Z. Lee:Defendant's motion for agreed protective order [37] is granted. The status hearing set for 5/15/18 is reset to 6/13/18 at 9:00 a.m. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.