UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Cynergy Data LLC
                      Plaintiff,

v.                                           Case No.: 1:18−cv−01459
                                                       Honorable John Z. Lee

BMO Harris Bank N.A.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 13, 2018:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/13/18. The parties report that MIDP disclosures have been exchanged. Initial written discovery requests are to be served by 7/11/18; the deadline to amend the pleadings and join parties is 8/1/18. Fact discovery shall close on 11/30/18. Status hearing set for 9/6/18 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.